IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BEM, | No. C 15-2485 MMC |
| Plaintiff, | **ORDER DIRECTING PLAINTIFF TO SUBMIT CHAMBERS COPY OF DOCUMENT IN COMPLIANCE WITH CIVIL LOCAL RULES AND THE COURT'S STANDING ORDERS** |
| v. | |
| STRYKER CORPORATION; NORMAN CHEUNG; SAINT ROSE MEDICAL BUILDING, INC.; HAYWARD SISTERS HOSPITAL; ALECTO HEALTHCARE SERVICES, LLC; and DOES 1 to 100, inclusive, | |
| Defendants. | |
| _____ / | |

On June 24, 2015, plaintiff electronically filed a document titled "Second Amended Complaint for Negligence, Products Liability, and Demand for Jury Trial." Plaintiff has violated the Civil Local Rules of this District and the Court's Standing Orders, however, by failing "to provide for chambers a paper copy of each document that is electronically filed . . . marked 'Chambers Copy'." See Civil L.R. 5-1(e)(7); see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

Plaintiff is hereby ORDERED to comply with Civil Local Rule 5-1(e)(7) and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced document. Plaintiff is hereby advised that if he fails in the future to comply with

the Court's Standing Orders to provide a chambers copy of each electronically-filed document, the Court may impose sanctions, including, but not limited to, striking from the record any electronically-filed document of which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: July 1, 2015

MAXINE M. CHESNEY
United States District Judge