**SEDGWICK LLP**
Mario Horwitz (State Bar No. 110965)
mario.horwitz@sedgwicklaw.com
James Nelson (State Bar No. 181256)
james.nelson@sedgwicklaw.com
801 South Figueroa Street, 19th Floor
Los Angeles, California 90017-5556
Telephone: (213) 426-6900
Facsimile: (213) 426-6921

Attorneys for Defendant,
Stryker Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BEM,<br><br>    Plaintiff,<br><br>    v.<br><br>STRYKER CORPORATION and DOES 1 to 100, inclusive,<br><br>    Defendants. | CASE NO. 3:15-cv-02485-MMC<br><br>**[PROPOSED]** ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE |

Before the Court is the stipulation of plaintiff James Bem and defendant Stryker Corporation to continue the case management conference presently set for September 11, 2015. The parties' stipulation is based upon the pendency of defendant Stryker Corporation's motion to dismiss plaintiff's third amended complaint, which is set for hearing on October 2, 2015. The parties have requested that the currently scheduled case management conference be vacated, and be rescheduled, if necessary, following the ruling on the motion to dismiss.

The Court agrees that good cause exists to vacate the currently scheduled case management conference, and reset the conference, ~~if necessary,~~ to a date following the ruling on defendant's motion to dismiss.

///

---

1

[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

Specifically, the Court CONTINUES the case management conference to December 18, 2015, at 10:30 a.m.

PURSUANT TO STIPULATION, **IT IS SO ORDERED**

Dated: September  2 , 2015            _____
                                      MAXINE M. CHESNEY
                                      United States District Judge