Lawrence A. Strick (SBN 96131)
Nestor R. Schnasse (SBN 242214)
**STRICK LAW OFFICES**
503 D Street, Suite 2
San Rafael, CA 94901
Telephone: (415) 721-1200
Facsimile: (415) 721-1199

Attorneys for Plaintiff,
James Bem

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BEM, <br><br> Plaintiff, <br><br> vs. <br><br> STRYKER CORPORATION; NORMAN CHEUNG; SAINT ROSE MEDICAL BUILDING, INC.; HAYWARD SISTERS HOSPITAL; ALECTO HEALTHCARE SERVICES, LLC; and DOES 1 to 100, inclusive, <br><br> Defendants. | Case No.: 3:15-CV-02485-MMC <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION TO DISMISS THIRD AMENDED COMPLAINT** <br><br> Date:      October 2, 2015 <br> Time:     9:00 a.m. <br> Location: Courtroom 7 <br><br> Action filed: June 13, 2013 |

Plaintiff, James Bem, desires to continue the hearing on defendant Stryker Corporation's Motion to Dismiss plaintiff's Third Amended Complaint, currently set to be heard on October 2, 2015, because plaintiff's counsel will be on a previously planned trip out of the Country and not available to attend the hearing on October 2.

Based upon the representation of plaintiff's counsel, defendant has consented to continue the hearing to October 16, 2015.

Based upon the foregoing, it is hereby stipulated that the current hearing date of October 2, 2015 be continued to October 16, 2015.

Dated: September 17, 2015

By: /s/ *Lawrence Strick*
Lawrence A. Strick,
Attorney for Plaintiff, James Bem

Dated: September 17, 2015

SEDGWICK LLP

By: /s/ *Mario Horwitz*
Mario Horwitz
Attorney for Defendant, Stryker Corporation

**PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED** that the hearing on Defendant's Motion to Dismiss Plaintiff's Third Amended Complaint is continued to October 16, 2015.

Dated: Sept. 21, 2015

Maxine M. Chesney
U.S. District Judge

STIPULATION TO CONTINUE THE HEARING ON DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT