United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BEM, <br><br>　　　　Plaintiff, <br><br>　v. <br><br>STRYKER CORPORATION; NORMAN CHEUNG; SAINT ROSE MEDICAL BUILDING, INC.; HAYWARD SISTERS HOSPITAL; ALECTO HEATLHCARE SERVICES, LLC; AND DOES 1 to 100, <br><br>　　　　Defendants. | No. C-15-2485 MMC <br><br>**ORDER VACATING HEARING ON DEFENDANT'S MOTION TO DISMISS** |

　　Before the Court is defendant's "Motion to Dismiss Plaintiff's Third Amended Complaint," filed August 26, 2015. Plaintiff has filed opposition, to which defendant has replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' respective written submissions, and VACATES the hearing scheduled for October 16, 2015.

　　**IT IS SO ORDERED.**

Dated: October 14, 2015

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　United States District Judge